UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NETETIA K. WALKER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1652- LJM-JMS |
| | ) | |
| TOYOTA MOTOR CREDIT CORPORATION, | ) | |
|     Defendant. | ) | |

## ENTRY OF JUDGMENT

Through an Order dated August 30, 2007, the Court granted summary judgment in favor of the defendant, Toyota Motor Credit Corporation, and against the plaintiff, Netetia K. Walker, on the plaintiff's claim for malicious prosecution. Plaintiff, Netetia K. Walker, shall take nothing by way of her Complaint. The parties shall bear their own costs.

DATED this 30th day of August, 2007.

                                                          _____
                                                          LARRY J. McKINNEY, CHIEF JUDGE
                                                          United States District Court
                                                          Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
       Deputy Clerk

Distribution attached.

**Electronically distributed to:**

W. William Hodes
THE WILLIAM HODES PC
wwh@hodeslaw.com

Bradley D Hasler
BINGHAM MCHALE, LLP
bdhasler@binghammchale.com

Scott R. Leisz
BINGHAM MCHALE, LLP
sleisz@binghammchale.com